UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Christopher Hopkins, | § | |
|    *Plaintiff,* | § | |
| v. | § | Civil Action H-04-1884 |
| | § | |
| Texas Mast Climbers, LLC, et al, | § | |
|    *Defendants.* | § | |

## Order

The parties are advised that the court will conduct a hearing on defendants' pending motion for summary judgment on Wednesday, September 15, 2005 at 2:00 p.m. in Courtroom 702.

Signed on September 1, 2005 at Houston, Texas.

_____
Stephen Wm Smith
United States Magistrate Judge