UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER HOPKINS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-04-1884 |
| | § | |
| TEXAS MAST CLIMBERS, L.L.C., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## FINAL JUDGMENT

In accordance with the Findings of Fact and Conclusions of Law issued this day, it is hereby

**ORDERED** that Hopkins shall recover from Mast Climbers Manufacturing, Inc. d/b/a American Mast Climbers and William F. Mims, jointly and severally, as follows:

(i)   $15,374.75  in unpaid overtime;

(ii)   $15,374.75 as liquidated damages; and

(iii)   $39,683.37 as reasonable attorney's fees and costs.

This judgment shall accrue interest at the rate of 4.35% per annum.

Signed at Houston, Texas on December 14, 2005.

Stephen Wm Smith
United States Magistrate Judge